Case 2:16-cv-06622-BMS   Document 14-1   Filed 02/23/17   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH KUEHL and JENNIFER KUEHL, | *Filed Electronically |
| Plaintiffs | |
| v. | |
| PATRICK FALL, D.O., GRAYMARK HEALTHCARE, INC., FOUNDATION SURGERY AFFILIATE OF HUNTINGDON VALLEY, LP d/b/a HUNTINGDON VALLEY SURGICAL CENTER, FOUNDATION SURGERY AFFILIATE GENERAL OF HUNTINGDON VALLEY, LLC d/b/a HUNTINGDON VALLEY SURGICAL CENTER and FSA OF HUNTINGDON VALLEY, LLC d/b/a HUNTINGDON VALLEY SURGICAL CENTER, | Case 2:16-cv-06622-BMS  JURY TRIAL DEMANDED  FILED FEB 2 4 2017 KATE BARKMAN, Clerk By_____Dep. Clerk |
| Defendants | |

### ORDER OF DISMISSAL

The above-captioned matter is hereby dismissed due to a lack of jurisdiction by this Court without prejudice to Plaintiffs re-filing same in the Court of Common Pleas of Montgomery County within thirty (30) days of the date of this Order. The provisions of the Stipulation of Counsel to Dismiss this Matter Without Prejudice to Re-File in the Court of Common Pleas of Montgomery County are incorporated herein. The Clerk shall provide a certified copy of said Stipulation of Counsel/Order of Dismissal, as well as a certified copy of the docket and all documents filed of record to date, to Plaintiffs' counsel.

It is so **ORDERED** and **APPROVED** by the Court this 24, day of Feb_____, 2017.

_____
Hon. Berle M. Schiller, J.

LEGAL/109346097.v1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH KUEHL and JENNIFER KUEHL, | |
| Plaintiffs | *Filed Electronically |
| v. | |
| PATRICK FALL, D.O., GRAYMARK HEALTHCARE, INC., FOUNDATION SURGERY AFFILIATE OF HUNTINGDON VALLEY, LP d/b/a HUNTINGDON VALLEY SURGICAL CENTER, FOUNDATION SURGERY AFFILIATE GENERAL OF HUNTINGDON VALLEY, LLC d/b/a HUNTINGDON VALLEY SURGICAL CENTER and FSA OF HUNTINGDON VALLEY, LLC d/b/a HUNTINGDON VALLEY SURGICAL CENTER, | Case 2:16-cv-06622-BMS<br><br>JURY TRIAL DEMANDED |
| Defendants | |

### STIPULATION OF COUNSEL
### TO DISMISS THIS MATTER WITHOUT PREJUDICE TO RE-FILE
### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

AND NOW come Plaintiffs, Joseph Kuehl and Jennifer Kuehl, by and through their counsel, James W. Sutton, III, Esquire; Defendant, Patrick Fall, D.O., by and through his counsel, Amalia V. Romanowicz, Esquire; and Defendants, Graymark Healthcare, Inc., Foundation Surgery Affiliate of Huntingdon Valley, LP d/b/a Huntingdon Valley Surgical Center, Foundation Surgery Affiliate General of Huntingdon Valley, LLC d/b/a Huntingdon Valley Surgical Center and FSA of Huntingdon Valley, LLC d/b/a Huntingdon Valley Surgical Center, by and though their counsel, Michael C. Mongiello, Esquire; who stipulate and agree as follows:

1. Complete diversity of citizenship between Plaintiffs and Defendants does not exist;

2. This matter, therefore, shall be dismissed without prejudice to Plaintiffs re-filing same in the Court of Common Pleas of Montgomery County;

3. Plaintiffs re-filing of this matter in the Court of Common Pleas of Montgomery County shall be accomplished within thirty (30) days of entry of the Order of Dismissal approving this Stipulation by the United States District Court for the Eastern District of Pennsylvania;

4. Pursuant to 42 Pa.C.S. Sections 5103(a) and (b), Defendants acknowledge that once transferred to the Court of Common Pleas of Montgomery County, the filing date of the instant matter will be deemed to be December 23, 2016, the date on which this matter was originally filed by Plaintiffs in the United States District Court for the Eastern District of Pennsylvania;

5. Plaintiffs are solely responsible for any and all costs associated with the dismissal of this matter from the United States District Court for the Eastern District of Pennsylvania and/or the re-filing of same in the Court of Common Pleas of Montgomery County;

6. Defendants shall file responsive pleadings to Plaintiffs' Complaint within twenty (20) days from the date on which counsel for Defendants have received notification from Plaintiffs' counsel that this matter has been received by and docketed in the Court of Common Pleas of Montgomery County.

It is so stipulated and agreed:

_____   Date: 2/22/17
James W. Sutton, III, Esquire
Attorney for Plaintiffs

_____   Date: 2/22/17
Amalia Romanowicz, Esquire
Barri Alison Orlow, Esquire
Attorney for Defendant
Patrick Fall, D.O.

_____   Date: 2/22/17
for Craig A Stone
Craig A. Stone, Esquire
Attorney for Defendants
Graymark Healthcare, Inc., Foundation
Surgery Affiliate of Huntingdon Valley, LP
d/b/a Huntingdon Valley Surgical Center,
Foundation Surgery Affiliate General of
Huntingdon Valley, LLC d/b/a Huntingdon
Valley Surgical Center and FSA of Huntingdon
Valley, LLC d/b/a Huntingdon Valley Surgical
Center

3